United States District Court
Middle District Of Florida
Jacksonville Division

Jamel Lee Bell,
Plaintiff,

v.

Assistant Warden W.J. Bennett; Sgt C.A. Tyre;
Cpt. Woods, et al.



Provided to Florida State Prison on
6/2/22 for mailing by ___

## Emergency Restraining Order

Under this Emergency Restraining Order, I hereby file the following Pro se and state:

On 5/26/22 I received a D.R. worksheet stating that I had received a D.R. for possession of a cellular device and that I refused to go to D.R. court; it further stated that I was found guilty. I was never served a copy of the D.R., nor did I ever refuse to go to D.R. court. On 5/25/22 Sgt C.A. Tyre wrote me a D.R. for refusing a verbal order; however, I was never given any order. Staff at F.S.P. has consistantly falsified documents and voided all of my attempts to appeal the actions by ignoring, or disposing my grievances. This clear violation of my due process rights has been continuously done in an attempt to keep me on C.M. to suffer from cruel and unusual punishment by being placed in inhumane living conditions.

While Being housed at F.S.P. several threats have been made on my life. 9/2/21 while housed in a make-shift dry cell, Assistant Warden W.J. Bennett stated that I should kill myself and that he'll get me! On 5/21/22 Cpt. Woods placed me on camera and took me from Lwing cell 201 and moved me to Lwing cell 106 in nothing But my Boxers causing me to suffer cruel and unusual punishment By placing me in inhumane living conditions. Cell C1-106 only contained a mattress and pillow, mold was growing from the walls, and I wasn't provided with any hygiene or cleaning supplies until three days later. On top of that, cell C1-106 is a no flush cell, meaning that the officers have to flush the toilet. Sgt. C.A. Tyre deliberately walks past my cell and refuses to flush my toilet, forcing me to stay in a cell full of urine and feces his whole 12 hr. shift. On 5/25/22 and again on 6/1/22 Sgt. C.A. Tyre has threatened to play with my food, and write more false D.R.s so I can stay on his wing

and starve. On several Occassions while being housed in G and H wings, my room was ramshacked and my paperwork and property were thrown all over the place. My photos of great value were also thrown away. On 5/30/22 I attempted to consult with Assistant Warden W.J. Bennett to inform him of the additional threats on my life and inhumane treatment, in addition; I also informed him that my family has been calling and filing complaints. At this time Assistant Warden W.J. Bennett began to yell, "I'm not scared of you, tell them to keep calling; as a matter of fact, I'm gone try you today." He then informed his staff to place me on strip, (take my property), put me on camera, and gass me. (use chemical agents against me)

While being housed at F.S.P. I have witnessed Sgt. Tyre play with people food, and take stuff off of inmate's trays, including myself. I have observed Assistant Warden W.J. Bennett send his goons, (staff members), to place inmates on strip. I have seen Cpt. Woods place people on camera, use chemical agents, and then force the cell extraction team in the cell and allow the back of the last man to block the view of the camera while the rest of the officers beat on the inmates with handcuffs and shackles. I have seen officers falsify documents by writing false D.R.s. I have seen inmates get jumped on in blind spots off of camera. I have seen officers plant weapons, cell phones, and drugs on inmates, and many other Bruebel acts. I am in fear for my life, and any of the aboved tactics by Assistant Warden W.J. Bennett or one of his goons, (staff members). Before I allow any one of them to harm me, I'll kill myself. Assistant Warden W.J. Bennett is also the chairman of the ICT and has the power to leave me on C.M. to further torment and subject me to cruel and unusual punishment.

Sgt. Tyre has made several attempts on my life which constitute as attempted murder by refusing me my full meal and telling me about poisoning my food. This has brought me great mental anguish and has me in fear to eat the trays and therefore I have been refusing them. Sgt. Tyre is also using the extended flap to block the view of the camera.

All of the above can be substantiated by Audio and video evidence. My family has also been calling and filing complaints.

Under the penalty of Perjury I declare that the foregoing is true and correct. Executed at Florida State Prison on 6/2/22

/s/ Jamel Lee Bell H32319
Jamel Lee Bell H32319